United States District Court
FOR THE SOUTHERN DISTRICT
of Texas, Galveston Division

United States Courts
Southern District of Texas
FILED
NOV - 8 2023
Nathan Ochsner, Clerk of Court

- Plaintiffs:
  1.) Galveston County Jail Inmates
  2.) Brian Louis Taylor
  3.) Brian Taylor Ministries

- Defendants:
  1.) ABC Channel 13 News
  3310 Bissonnett Street
  Houston, Texas 77005
  2.) National Habeas Institute
  810 7th Street N.E.
  Washington, DC 20002
  3.) ACLU Foundation of Houston
  Rio Grande Office
  P.O. Box 8306
  Houston, TX 77288

: Petition for Suit :

Comes Now, Brian Louis Taylor, pro se For Brian Taylor Ministries, to petition The Honourable Courts to Bring Suit Against The Above

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian Louis Taylor

All other names by which you have been known: BK # 403398

ID Number Spn: 404091

Current Institution: Galveston County Jail

Address: 5700 Avenue H

Galveston (City) TX (State) 77551 (Zip Code)

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: ABC Channel 13 News

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 3310 Bissonnet Street

Galveston (City) TX (State) 77005 (Zip Code)

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name: National Habeas Institute

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 810 7th Street N.E.

Washington (City) DC (State) 20002 (Zip Code)

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name: American Civil Liberties Union Foundation of Houston

Job or Title (if known): Rio Grande Office

Shield Number: ACLU

Employer: P.O. Box 8306

Address: Houston TX 77288

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: American Civil Liberties Union Foundation

Job or Title (if known)

Shield Number

Employer

Address

City State Zip Code

☐ Individual capacity ☐ Official capacity

III. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Named Entities for particeps criminis, guilty by Knowledge of Crimes Against Humanity and The Violation of Constitutional Rights in The Galveston County Jail and Galveston County Judicial System, Rights To Proper Medical Care and Due Process of Law.

Respectfully Submitted By:

Legal Representative: [signature]
Brian Taylor Ministries
9990 Spectrum
Taylor, Texas 78711
ph# 512-309-5547
email: BtzBites@proton.me

Client(s): #1 Brian Louis Taylor
Booking # 403398
Galveston County Jail
5700 Avenue H
Galveston, TX 77551

#2 Galveston County Inmates
Galveston County Jail
5700 Avenue H
Galveston, TX 77551



Brian Louis Taylor BK# 403398
Galveston County Jail
P.O. Box 247
Phoenix, MD 21131
NORTH HOUSTON TX 773
6 NOV 2023 PM 4
NOV 0
InmateMail
FOREVER / USA
United States Post Office
and Courthouse
601 Rosenberg Room 411
Galveston, TX 77550
77550-173811